■ In the Matter of the Claim of MARIA DI AMORE, Respondent, v. NINTH FEDERAL & SAVINGS LOAN ASSOCIATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Award affirmed, with costs to the Workmen's Compensation Board. No opinion. Bergan, P. J., Coon and Gibson, JJ., concur; Reynolds and Taylor, JJ., dissent and vote to reverse and dismiss the claim.